DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES T. INGRAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0929

[July 2, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 03-019684-CF10A.

David M. Lamos of the Law Offices of David M. Lamos, Fort Pierce, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, No. SC2025-0708, --- So. 3d ---, 2025 WL 1561151, *5-*6 (Fla. June 3, 2025) (holding that, even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided).

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***